IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMBER CARR, ON BEHALF OF Z.C., | § | |
| A MINOR, ET AL. | § | |
| | § | |
| VS. | § | ACTION NO. 4:21-CV-665-Y |
| | § | |
| AARON DEAN, ET AL. | § | |

**ORDER GRANTING MOTION TO APPROVE SETTLMENT AND DISMISS CLAIMS**

Before the Court is an unopposed motion filed by J. Luke Dow, the Court-appointed guardian ad litem in this case, to approve a settlement award for minor plaintiff Z.C. (doc. 92).

Dow's motion requests that the Court approve a final settlement for Z.C. totaling $3,500,000.00 to be disbursed according to the settlement payout terms described in his sealed report. (Doc. 92, at 1.) Dow contends that Defendants' proposed settlement serves Z.C.'s best interests. (*Id.*, at 2.) Dow filed a thorough report with the Court, in which he assesses the risks associated with Z.C.'s going to trial against the value of the settlement, and the Court sealed it to protect Z.C. and his interests. See Doc. 91.

Having reviewed Dow's motion and his report, the Court concludes that the settlement proposal is in the best interest of minor plaintiff Z.C. The Court also concludes that the terms of

ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND DISMISS CLAIMS – PAGE 1

the settlement and the arrangements for disbursing the settlement are fair and reflective of Z.C.'s best interest.

Accordingly, the Court **GRANTS** Dow's motion and approves the settlement (doc. 92). The settlement proceeds shall be disbursed according to the terms set forth in the guardian ad litem's report (doc. 91). The Court further concludes that Dow's fees incurred as guardian ad litem are reasonable and **GRANTS** Dow's request for his fees totaling $4,500.00 to be paid by Defendants.

All claims asserted by plaintiff Amber Carr on behalf of minor plaintiff Z.C. are hereby **DISMISSED with prejudice**. The parties shall file an appropriate joint stipulation of dismissal **on or before January 10, 2024.**

SIGNED January 4, 2024.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND DISMISS CLAIMS – PAGE 2