## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| **AMBER CARR, on behalf of minor, Z.C., et al.** | § § § § § | |
|  | § | **CIVIL ACTION NO. 4:21-cv-665-Y** |
| **Plaintiffs,** | § § | |
| **v.** | § § | |
| **AARON DEAN, et al.** | § § | |
| **Defendants.** | § § | |

## JOINT AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff's Counsel, on behalf of minor Z.C., and Defendant City of Fort Worth (collectively "the Parties") hereby notify the Court that the Parties have resolved the dispute and stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) all claims by or on behalf of the minor plaintiff, Z.C. in this action be dismissed with prejudice as to all claims, causes, and parties. Each party shall bear its own costs. The City of Fort Worth shall pay the costs of the Guardian ad Litem as discussed in the Court's prior order (ECF No. 94). Because there is no just reason for delay, this dismissal should be reduced to a final judgment, pursuant to Fed. R. Civ. P. 54(b).

1

JOINT AGREED STIPULATION
OF DISMISSAL WITH PREJUDICE

Dated:   January 10, 2024

Respectfully Submitted,

*/s/ David W. Henderson*_____
David W. Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
J. Sebastian Van Coevorden
Texas State Bar No. 24128101
svancoevorden@equalrights.law
Ellwanger Henderson LLLP
400 South Zang Blvd., Suite 600
Dallas, Texas 75208
Telephone: (737) 808-2260
Facsimile: (737) 808-2262
**ATTORNEYS FOR PLAINTIFF**

*/s/Laetitia Coleman Brown*
Laetitia Coleman Brown
Deputy City Attorney
State Bar No. 00792417
laeititia.brown@fortworthtexas.gov
Lynn M. Winter
Senior Assistant City Attorney
State Bar No. 24078135
lynn.winter@fortworthtexas.gov
Trey Qualls
Assistant City Attorney
State Bar No. 24099918
trey.qualls@fortworthtexas.gov
**Office of the City Attorney**
200 Texas Street, Fort Worth, Texas 76102
817.392.7600 817.392.8359 Facsimile
**ATTORNEYS FOR DEFENDANT CITY OF FORT WORTH**

s/ *Kenneth E. East*
Kenneth E. East
State Bar No. 00790622
THE LAW OFFICE OF KENNETH E. EAST
306 W. 7th Street, Suite 600
Fort Worth, Texas 76102
 (817) 788-1111
ken@east.law
**ATTORNEY FOR DEFENDANT
AARON DEAN**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, a true and correct copy of the foregoing was electronically filed with the Court and made available to all counsel of record via the Court's ECF System.

*/s/ David W. Henderson*_____
David W. Henderson

2

JOINT AGREED STIPULATION
OF DISMISSAL WITH PREJUDICE