**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **AMBER CARR, on behalf of minor, Z.C., et al.**<br><br>**Plaintiffs,**<br>**v.**<br><br>**AARON DEAN, et al.**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:21-cv-665-Y** |

## ORDER

Considering the foregoing Joint Agreed Stipulation of Dismissal with Prejudice, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that all claims by or on behalf of the minor plaintiff, Z.C., in the above titled action are hereby dismissed with prejudice as to all claims, causes, and parties. Each party shall bear its own costs. The City of Fort Worth shall pay the fees of the Guardian ad Litem as discussed in the Court's prior order (ECF No. 94). Because there is no just reason for delay, this order shall be reduced to a final judgment pursuant to Fed. R. Civ. P. 54(b).

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 20_____.

_____

PRESIDING JUDGE