IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS – FORT WORTH DIVISION

| | |
|---|---|
| DAVID BAKUTIS, as Administrator for the ESTATE OF ATATIANA JEFFERSON,<br><br>                              Plaintiff,<br><br>v.<br><br>AARON DEAN<br><br>And<br><br>THE CITY OF FORT WORTH<br><br>                              Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No. 4:21-cv-665-Y<br>:<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

JOINT STATUS REPORT

Plaintiff David Bakutis and Defendant the City of Fort Worth by and through undersigned counsel hereby submit this Joint Status Report.

**(1) Nature and Basis of the Parties' Claims and Defenses**

<u>Plaintiff David Bakutis:</u>

Plaintiff David Bakutis is the court appointed Administrator of the Estate of Atatiana Jefferson.  Plaintiff brings claims on behalf of the Estate of Atatiana Jefferson, as well as her wrongful death beneficiary for violations of Ms. Jefferson's Fourth Amendment rights.  Plaintiff alleges that Defendant Dean violated the Fourth Amendment by unlawfully entering upon Ms. Jefferson's property and again when he utilized deadly force in shooting her dead in her home.

Plaintiff brings municipal liability claims against the City of Forth Worth alleging that certain policies, practices, and customs of the City were the moving force behind the constitutional

violations.  These known facts underlying these policies, practices, and customs are laid out in paragraphs 11-13 and 60-176 of Plaintiff's Second Amended Complaint.

**Defendant Fort Worth:**

Defendant City denies all liability and denies all allegations of unconstitutional or otherwise actionable wrongdoing of any nature. Defendant City asserts that it has no policy, practice or custom of violating the constitutional rights of individuals, nor has it been deliberately indifferent to the constitutional rights of individuals. The City's training and policies meets constitutional requirements. Defendants reserve the right to dispute Plaintiff's claimed damages.

**(2)  Possibility for Prompt Settlement**

Plaintiff provided an initial demand package to Defendant Fort Worth on July 28, 2021.  To date, Defendant Fort Worth has not made an initial offer.  The parties are currently in discussions regarding the possibility of an early mediation in this matter.

**(3)  Disclosures Required by Rule 26(a)(1)(A)**

The parties will complete initial disclosures on or before June 14, 2024.

**(4)  Proposed Scheduling Order**

The proposed scheduling order is limited to the municipal liability claims and excludes discovery related to the underlying fatal shooting. Additional discovery will be required following the resolution of Defendant Dean's appeal at the Fifth Circuit.

- Rule 26 disclosures due by **June 14, 2024**

- Motions to Amend the Pleadings due by **November 8, 2024**

- All fact discovery (with the exception of discovery related to the underlying fatal shooting incident) will be completed by **November 29, 2024**

- A deadline for fact discovery related to the underlying fatal shooting incident will be set in coordination with the parties following the resolution of Defendant Dean's appeal at the Fifth Circuit

- A deadline for Plaintiff's expert disclosures and reports will be set in coordination with the parties following the resolution of Defendant Dean's appeal at the Fifth Circuit

- A deadline for Defendant's expert disclosures and reports will be set in coordination with the parties following the resolution of Defendant Dean's appeal at the Fifth Circuit

- A deadline for expert depositions will be set in coordination with the parties following the resolution of Defendant Dean's appeal at the Fifth Circuit

- A deadline for dispositive motions will be set in coordination with the parties following the resolution of Defendant Dean's appeal at the Fifth Circuit

**(5) Consent to Magistrate**

At present, the parties have not agreed to consent to referral to the Magistrate Judge.

**(6) Rule 26(f) Report**

The parties submit this section to comply with the requirements of Rule 26(f).  Counsel for Plaintiff and Defendant Fort Worth met and conferred on May 8, 2024 and submit the following information.

- **Rule 26(f)(3)(A):** The parties have agreed to comply with the Rule 26(a)(1)(A) disclosure requirement on or before June 14, 2024.

---

Joint Status Report                                                                                                    3

- **Rule 26(f)(3)(B):** Due to the pending appeal filed by Defendant Dean, discovery should be limited to the municipal liability claim and should not be related to the underlying fatal shooting.  Plaintiff's operative complaint lays out significant factual allegations related to municipal liability and the theories for such liability. Discovery will be focused on the theories included in the operative complaint.

- **Rule 26(f)(3)(C):** At present, the parties are unaware of any preservation of evidence issues.

- **Rule 26(f)(3)(D):** At present, the parties do not anticipate any privilege issues.

- **Rule 26(f)(3)(E):** Plaintiff requests an alteration to the limitations on discovery and requests leave to conduct up to 15 depositions without leave of Court.  No other alterations are currently requested.

- **Rule 26(f)(3)(F):** At present, the parties do not request any additional orders.

**(7) Other Matters**

Pursuant to the Court's Clarification Order, Counsel for Defendant Dean did not participate in the Rule 26 conference or the drafting of this Status Report.


Respectfully submitted,

*FOR THE PLAINTIFF:*

/s/ John J. Coyle

| | |
|---|---|
| MCELDREW PURTELL | MERRITT LAW FIRM |
| Daniel N. Purtell, Esq. | S. Lee Merritt, Esq. |
| John J. Coyle, Esq. | |
| Mark V. Maguire, Esq. | 1910 Pacific Ave |
| 123 South Broad Street | Suite 8000 |
| Suite 2250 | Dallas, TX 75201 |
| Philadelphia, PA 19109 | 215-545-8800 |
| 215-545-8800 | lee@leemerrittesq.com |

dan@mceldrewyoung.com
jcoyle@mceldrewyoung.com
mmaguire@mceldrewyoung.com

REED SMITH
Rizwan A. Qureshi, Esq.                    John P. Kennedy, Esq.
1301 K Street, N.W.                        599 Lexington Avenue
Suite 1000                                 22nd Floor
Washington, D.C. 20005                     New York, NY 10022
202-414-9200                               212-521-5400
rqureshi@reedsmith.com                     jkennedy@reedsmith.com


*FOR DEFENDANT THE CITY OF FORT WORTH:*

/s/ Laetitia Coleman Brown

FORT WORTH CITY ATTORNEY'S OFFICE
Laetitia Coleman Brown, Esq.
Deputy City Attorney
City Hall
200 Texas Street
Fort Worth, Texas 76102
817-392-7600
Laetitia.coleman@fortworthtexas.gov


Date: May 28, 2024