UNITED STATES DISTRICT COURT
Northern District of Texas

**Alternate Dispute Resolution Summary**

1. Style of case: Bakutis v. Dean, et al.
2. Civil action number: No. 4:21-CV-665-Y    2a. Date of Mediation: 11-13-24
3. Nature of suit: Personal Injury
4. Method of ADR used: _X_ Mediation  ___ Mini-Trial  ___ Summary Jury Trial
5. Did the case settle?  ___ Before ADR  ___ In ADR  _X_ Did Not Settle — POSTPONED FOR FURTHER DISCOVERY
6. What was your total fee? $4500.
7. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   (Provider) DAVID SEIDLER, MEDIATOR
   π ATTY - JOHN COYLE          CITY D ATTY - LAETITIA BROWN
   π ATTY - DAVID BAKUTIS       CITY D ATTY - MELODY LOUIS
   π ATTY - S. LEE MERRITT      CITY D ATTY - DEIRDRE O'NEAL
                                DEAN D ATTY - KEN EAST

8. Please provide the names, addresses, and telephone numbers of counsel:

   Name: COYLE                  Name: EAST
   Address: 610-291-9514        Address: 817-909-2941

   Phone:                       Phone:
   Name: BROWN                  Name:
   Address: 682-597-2949        Address:

   Phone:                       Phone:

   _David Seidler w/permission_       11-19-24
   Signature of Provider              Date
   303 Main St. #200                  cell 817-253-1105
   Address                            Phone
   FW Tx 76102

   EXHIBIT "B" TO MEDIATION ORDER -- Page Solo

**PROVIDER MUST ELECTRONICALLY FILE COMPLETED FORM
WITH THE U.S. DISTRICT CLERK** NO LATER THAN , OR SEVEN DAYS FOLLOWING MEDIATION, **WHICH EVER
OCCURS FIRST,
IF UNABLE TO DO SO, RETURN FORM TO PLAINTIFF'S COUNSEL FOR FILING.**

[Revised 3-27-09]