IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DAVID BAKUTIS                    §
                                 §
VS.                              §    ACTION NO. 4:21-CV-665-Y
                                 §
AARON DEAN, ET AL.               §

## ORDER LIFTING PARTIAL STAY

Before the Court is plaintiff David Bakutis's original and amended unopposed motions to lift the partial stay (docs. 139 and 140). Having reviewed the motions and the applicable law, the Court concludes that the motions should be, and they are hereby, **GRANTED**. Accordingly, an order to submit joint status report and proposed discovery plan will issue shortly.[1]

SIGNED April **24**, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that Plaintiff and the city of Fort Worth have already engaged in discovery regarding the issue of municipal liability. The Court now desires that all parties participate in compiling a new joint status report and proposed discovery plan that will address any remaining issues or necessary deadlines prior to the trial of all claims.