UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DAVID BAKUTIS                         §
                                      §
v.                                    §      ACTION NO. 4:21-CV-665-Y
                                      §
AARON DEAN, ET AL                     §

### ORDER EXTENDING PRETRIAL MOTIONS AND DISCOVERY DEADLINE

Before the Court is a joint motion to extend the discovery deadline as well as the pretrial motions deadline in the above-numbered and -styled case (doc. 159). The request is **GRANTED.**

The discovery deadline is extended to **August 28, 2026.** The pretrial motions deadline is EXTENDED to **October 1, 2026.**

SIGNED May 11, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRCIT JUDGE

ORDER EXTENDING DISPOSITIVE MOTION DEADLINE – PAGE SOLO